

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 5, 2018

**BY HAND**

Honorable Paul E. Davison
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Richard M. Valentine, Jr.*, 18 Mag. 5453

Dear Judge Davison:

    The Government respectfully requests that the above-referenced complaint be unsealed. The defendant was arrested this morning.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by:   /s/
    Patrick Egan
    Assistant United States Attorney
    (212) 637-2345

SO ORDERED

*[signed]* Lisa Margaret
USMJ

7/5/18