ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

v.                                                                                    **Order of Continuance**

RICHARD M. VALENTINE, JR.,                                           18 Mag. 5453

*Defendant.*
------------------------------------------------------------X

     Upon the application of the United States of America and the affirmation of Andrew J. DeFilippis, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of Title 18, United States Code, Sections 922(a)(6) and 924(a)(1)(A), in a complaint dated June 26, 2018, and was arrested on July 5, 2018;

     It is further found that the defendant was presented before Magistrate Judge Lisa Margaret Smith on July 5, 2018 and was ordered released on bail;

     It is further found that Christopher X. Mahar, Esq., counsel for defendant, and Assistant United States Attorneys Patrick Egan and Andrew J. DeFilippis have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

     It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

     It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until August 31, 2018, and that a copy of this Order and the affirmation of Assistant United States Attorney Andrew J. DeFilippis be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: White Plains, New York
       July 31, 2018

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE